UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KELLY NAROWSKI,

    Plaintiff,

CASE NO: 3:14-CV-1534-TJC-JBT

vs.

CASA RODRIGUEZ, LLC,

    Defendant.
_____/

### **PAERTIES' JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

    The Plaintiff, Kelly Narowski, and Defendant, Casa Rodriguez, LLC, by and through the undersigned counsel, hereby file with the Court this Joint Stipulation of Dismissal Without Prejudice. All parties shall bear their own attorneys' fees and costs.

    WHEREFORE, the parties move this Court for the entry of a Final Order of Dismissal without Prejudice..

    Dated this 14th day of July 2015.

| | |
|---|---|
| Edward I. Zwilling, Esq. | Robert Buchanan, Esq. |
| Schwartz Roller & Zwilling | Siboni & Buchanan, PLLC |
| 600 Vestavia Parkway, Suite 251 | 1900 SE 18th Avenue, Suite 300 |
| Birmingham, Alabama, 35216 | Ocala, Florida 34471 |
| Telephone: (205) 822-2701 | Telephone: (352) 629-7441 |
| Facsimile: (205) 822-2702 | Facsimile: 352) 629-7745 |
| Email: ezwilling@szalaw.com | Email: rbuchanan@sbtrial.com |

K. Brian Roller, Esq.
Bar No. 18696
Schwartz Roller & Zwilling, LLP
3876 Sheridan Street
Hollywood, Florida 33021
Telephone:    (954) 966-2483
Facsimile:    (954) 966-2566
Email:  broller@szalaw.com

| | |
|---|---|
| By: /s/ Edward I. Zwilling | By: /s/ Robert B. Buchanan |
|     Edward I. Zwilling |     Robert Buchanan |