## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

KELLY NAROWSKI, an individual,

     Plaintiff,

v.                              Case No. 3:14-cv-1534-J-32JBT

CASA RODRIGUEZ, LLC,

     Defendant.

_____

## O R D E R

Upon review of the Parties' Joint Stipulation of Dismissal without Prejudice (Doc. 16), filed on July 14, 2015, this case is dismissed without prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 15th day of July, 2015.

TIMOTHY J. CORRIGAN
United States District Judge

bjb
Copies:

Counsel of record